# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2019

160034

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ROBIN RICK MANNING,
       Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160034
COA: 345268
Saginaw CC: 84-000570-FC

On order of the Chief Justice, the Saginaw Circuit Court is directed to appoint attorney Brittany Parling (P78870) to represent the defendant in this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2019



Clerk